UNITED STATES of America,
Plaintiff–Appellee,

v.

Lamont BROWN, Defendant–Appellant.

No. 02–6520.

United States Court of Appeals, Fourth Circuit.

Submitted May 9, 2002.

Decided June 10, 2002.

Lamont Brown, Appellant Pro Se. Janet S. Reincke, Office of the United States Attorney, Norfolk, Virginia, for Appellee.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Lamont Brown seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's order and find no reversible error. Accordingly, we deny the motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Brown,* Nos. CR–94–100; CA–02–63–2 (E.D.Va. Feb. 26, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*